# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESLIE MCGARRY; AND MARK
MCGARRY,

               Appellants,

vs.

LAURA MCGARRY ROCHA BATISTA;
MARCELO BATISTA; EDGAR
MOLLINEDA,

               Respondents.

No. 82145

**FILED**

MAR 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
        Gallagher Attorney Group, LLC
        Edgar Mollineda
        Green Valley Law Group, LLC
        Eighth District Court Clerk